Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−10080−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol D Presgraves
   fka Carol D Gillespie
   2929 S Union Rd
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−3689

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 11, 2021.


Dated: March 11, 2021
JAN: har

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carol D Presgraves  
    Debtor

Case No. 21-10080-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 11, 2021     Form ID: plncf13     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol D Presgraves, 2929 S Union Rd, Vineland, NJ 08361-7655 |
| 519066508 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 519121254 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519066511 | + | Chase/Midland, POB 26648, Oklahoma City, OK 73126-0648 |
| 519066513 | + | City of Vineland Comm Dev't, 640 E Wood St, POB 1508, Vineland, NJ 08362-1508 |
| 519066514 | + | FedLoans Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 519101278 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519100175 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519066515 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 11 2021 20:52:00 | Honda Financial, POB 7829, Philadelphia, PA 19101 |
| 519067649 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 11 2021 20:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519066509 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 22:17:58 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519066510 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 11 2021 22:20:21 | Cardmember Service-Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 519066512 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2021 22:20:42 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519132061 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2021 22:19:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519066516 | | Email/Text: ecrean@membersonenj.org | Mar 11 2021 20:51:00 | Members 1st. of NJ, 37 W. Landis Ave., Vineland, NJ 08360 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 11, 2021 | Form ID: plncf13 | Total Noticed: 17 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021                      Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Carol D Presgraves terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5