Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 21-10080 (ABA)**

Carol D. Presgraves
2929 South Union Road
Vineland, NJ  08361

Monthly Payment: $177.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/13/2023 | $177.00 | 02/10/2023 | $177.00 | 03/10/2023 | $177.00 | 04/14/2023 | $177.00 |
| 05/12/2023 | $177.00 | 06/09/2023 | $177.00 | 07/14/2023 | $177.00 | 08/11/2023 | $177.00 |
| 09/11/2023 | $177.00 | 10/16/2023 | $177.00 | 11/13/2023 | $177.00 | 12/08/2023 | $177.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|------------|-------------|------------------|
| 0 | CAROL D. PRESGRAVES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $830.55 |
| 1 | BANK OF AMERICA, N.A. | 33 | $2,744.64 | $0.00 | $2,744.64 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $1,003.31 | $0.00 | $1,003.31 | $0.00 |
| 3 | CARDMEMBER SERVICE-SLATE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $3,209.64 | $0.00 | $3,209.64 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $5,906.14 | $0.00 | $5,906.14 | $0.00 |
| 6 | CITY OF VINELAND COMM DEV'T | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $99,293.14 | $0.00 | $99,293.14 | $0.00 |
| 8 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST. OF NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $5,057.02 | $1,091.34 | $3,965.68 | $1,091.34 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 02/01/2021 | 1.00 | $0.00 |
| 03/01/2021 | Paid to Date | $320.00 |
| 04/01/2021 | 58.00 | $177.00 |
| 02/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,124.00 |
| Total paid to creditors this period: | $1,921.89 |
| Undistributed Funds on Hand: | $160.01 |
| Arrearages: | $194.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**