Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 21-10080 (ABA)**

Carol D. Presgraves
2929 South Union Road
Vineland, NJ  08361

Monthly Payment: $177.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/10/2025 | $177.00 | 02/14/2025 | $177.00 | 03/14/2025 | $177.00 | 04/11/2025 | $177.00 |
| 05/09/2025 | $177.00 | 06/13/2025 | $177.00 | 07/14/2025 | $177.00 | 08/08/2025 | $177.00 |
| 09/12/2025 | $177.00 | 10/10/2025 | $177.00 | 11/17/2025 | $177.00 | 12/12/2025 | $177.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | CAROL D. PRESGRAVES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $2,744.64 | $0.00 | $2,744.64 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $1,003.31 | $0.00 | $1,003.31 | $0.00 |
| 3 | CARDMEMBER SERVICE-SLATE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $3,209.64 | $0.00 | $3,209.64 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $5,906.14 | $0.00 | $5,906.14 | $0.00 |
| 6 | CITY OF VINELAND COMM DEV'T | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $99,293.14 | $0.00 | $99,293.14 | $0.00 |
| 8 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST OF NJ F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $5,057.02 | $4,931.97 | $125.05 | $1,929.03 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 02/01/2021 | 1.00 | $0.00 |
| 03/01/2021 | Paid to Date | $320.00 |
| 04/01/2021 | 58.00 | $177.00 |
| 02/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Total payments received this period:        $2,124.00

Total paid to creditors this period:        $1,929.03

Undistributed Funds on Hand:                $159.30

Arrearages:                                 $0.00

Attorney:                                   TERRY TUCKER, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**