Certificate Number: 03088-NJ-DE-040529664

Bankruptcy Case Number: 21-10080



03088-NJ-DE-040529664

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2026, at 4:27 o'clock PM CST, Carol D Presgraves completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 20, 2026                          By:      /s/Doug Tonne

                                                 Name:  Doug Tonne

                                                 Title:    Counselor